AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Derek G. Sheehan

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 CV 12337 RWZ

TO: (Name and address of Defendant)

Derek G. Sheehan
4 Meredith Way
Rockland, MA 02370

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 20 2003

DATE

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110
*Plymouth, ss.*

February 12, 2004

I hereby certify and return that on 2/11/2004 at 05:00 pm I served a true and attested copy of the summons and complaint with civl action cover sheet, case cover sheet and corporate disclosure in this action in the following manner: To wit, by delivering in hand to Derek G. Sheehan at , 4 Meredith Way, Rockland, MA 02370. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $50.30

Deputy Sheriff Edward J. Wiedemann

*[signature]*
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.